

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RETURNED TO SENDER

RELEASED ———— PKG FROM INDIVIDUAL ————
NAME & NUMBER DO NOT MATCH ————
NEED TD # ———— NOT HERE ————
PKG FROM UNAUTHORIZED SOURCE ————

RE: WR-81,988-02

THOMAS EDWARD BETTS
DC # 1859221

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701 $ 000.41⁶
02 1W
0001401623 SEP 16 2015